### Roy MORELAND v. STATE.
No. 18071.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

Henry Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

We find accompanying the record in this case an affidavit in due form made by appellant asking that he be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.

### Eldon (Fat) PHIPPS v. STATE.
No. 18147.

Court of Criminal Appeals of Texas.
Oct. 30, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft of turkeys; penalty assessed at confinement in the penitentiary for six months.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Troy POLLY v. STATE.
No. 17653.

Court of Criminal Appeals of Texas.
Oct. 23, 1935.

Wm. B. Miller, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of $25; penalty assessed at confinement in the county jail for 365 days.

The record is before us without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.